IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>JOHN EVERETT GLADMON,<br><br>        Defendant. | Case No. 3:21-cr-00046-SLG |

### ORDER RE MOTION FOR FINAL ORDER OF FORFEITURE

Plaintiff's motion for forfeiture at Docket 48 is GRANTED and the Court finds as follows:

WHEREAS on September 1, 2022, defendant John Everett Gladmon, pled guilty and admitted to the Criminal Forfeiture Allegation in the Indictment and Plea Agreement;

AND WHEREAS this Court found that the following firearms and ammunition were involved in or used in defendant's knowing violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), and that defendant's interest in the same are subject to forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), specifically:

**one (1) Smith and Wesson 9mm handgun, serial number HYY4999; six (6) rounds of 9mm caliber ammunition; and**

**eight (8) rounds of 12 gauge shotgun ammunition.**

AND WHEREAS, on September 21, 2022, this Court entered a Preliminary Order of Forfeiture, forfeiting to the United States defendant's interest, if any, in the above-listed property;

AND WHEREAS, notice of the Preliminary Order of Forfeiture was published on the official government forfeiture website, www.forfeiture.gov, for at least 30 consecutive days commencing on October 14, 2022;

AND WHEREAS, in accordance with Fed. R. Crim. P. 32.2(b)(6), the government was prepared to send notice of forfeiture to all potentially interested parties by means reasonably calculated to reach potential claimants, but was otherwise unable to identify any particular individual or entity that might have had a potential claim;

AND WHEREAS, no petitions of interest, claims, or other requests for an ancillary hearing with regard to the above-referenced property were filed with this Court by an individual or entity within the time allowed by law;

Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED:

All right, title, and interest to the above-referenced property, is hereby condemned, forfeited to, and shall be vested in the United States of America, and shall be disposed of according to law by the United States Marshals Service and/or the Federal Bureau of Investigation.

DATED this 11th day of September, 2023, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:21-cr-00046, *United States v. Gladmon*,
Order re Motion for Final Order of Forfeiture
Page **2** of **2**
Case 3:21-cr-00046-SLG-MMS   Document 50   Filed 09/11/23   Page 2 of 2